-PROB 12
REVISED (05/90)

UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 DEC 29 PM 2:19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. <u>Antonio Eugene Burton</u>                    Docket No. <u>2:03CR20258-01-D</u>

## Petition on Probation and Supervised Release

      **COMES NOW** <u>Christy J. Henson</u> **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of <u>Antonio Eugene Burton,</u> who was placed on supervision by the Honorable <u>Bernice B. Donald</u> sitting in the court at <u>Memphis, TN</u>, on the <u>28th</u> day of <u>January</u>, 2004, who fixed the period of supervision at <u>two (2) years</u>, and imposed the general terms and conditions heretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participate as directed in a program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependancy which may include testing for the detection of substance use or abuse.
2. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases in excess of $500.00 without the approval of the Probation Officer.
3. The defendant shall provide the Probation Officer access to any requested financial information.
4. The defendant shall make third party risk notification.
5. The defendant shall pay restitution in the amount of $25,462.50. (Balance: $25,287.50)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Burton has struggled to make restitution payments during supervision due to garnishments by the Internal Revenue Services, Juvenile Court, and other entities. As a result, on September 14, 2005, Mr. Burton signed a Voluntary Payroll Deduction Form with the United States Attorney's Financial Litigation Unit. However, Mr. Burton recently suffered another financial set back when he was laid off by his employer, Memphis Compress. Telicia Taylor of the United States Attorney's Financial Litigation Unit has met with Mr. Burton and agreed to continue collection of the obligation with the understanding payments will increase based upon his earnings.

      **PRAYING THAT THE COURT WILL ORDER** that Antonio Eugene Burton be allowed to end his term of Probation as scheduled with the understanding that the United States Attorney's Office will be responsible for continued collection of the obligation.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this <u>29</u> day of <u>Dec</u>, 200<u>5</u> and ordered filed and made a part of the records in the above case. | *(signature)* <br> Christy J. Henson <br> United States Probation Officer |
| *(signature)* <br> United States District Judge | Place: <u>Memphis, TN</u> <br> Date: <u>December 14, 2005</u> |

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:03-CR-20258 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT